FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 APR -7 AM 11: 26

CLERK-LAS CRUCES

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* (1) red in color Samsung Galaxy A12, model number SM-A12SM (Subject Telephone) | ) ) ) ) Case No. 22MR441 ) ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___state and___ District of ___New Mexico or other district___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached and incorporated fully by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached and incorporated fully by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before ___30 March 2022___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Gregory B. Wormuth___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of ___.

Date and time issued:  ___17 Mar 2022___
                      ___1105 hrs___

City and state: ___Las Cruces, New Mexico___

*Judge's signature*

Gregory B. Wormuth, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: STN2202000942 | Date and time warrant executed: March 22, 2022   9:13 am | Copy of warrant and inventory left with: |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

On March 22, 2022, Border Patrol Agent (BPA) Christopher Myers executed search warrant for (1) red in color Samsung Galaxy A 12, model number SM-A12SM (Subject Telephone). The search warrant was executed at the Las Cruces, New Mexico Border Patrol station located at 3120 N Main, Las Cruces, NM, 88001. A Cellebrite UFED device was used to download the contents of the smart phone. The extraction was unsuccessful. BPA Myers was able to manually view the contents of the phone and determined the phone did not contain information pertinent to the current investigation.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 22, 2022

*Executing officer's signature*

Christopher Myers   Border Patrol Agent
*Printed name and title*